

700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500 • www.kacllp.com

June 3, 2019

<u>VIA ECF/CM SYSTEM</u>

Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District on New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800
Attn: Clerk of the Court

      RE:    *In re Peeq Media LLC,* **EDNY Chapter 11 Case No.  19-41555 (cec)**

Dear Judge Craig:

    I'm writing to advise the Court that today I uploaded a proposed counter-order concerning the conversion of the above referenced case to chapter 7.

    Factory Lessor, LLC (the "Landlord") filed a motion seeking "an order (i) compelling the Debtor to pay Landlord all unpaid post-petition obligations due to the Landlord pursuant to section 365(d)(3) of the Bankruptcy Code, and granting such other additional and related relief as this Court deems just and proper".  A copy of the Notice of Motion is attached as **Exhibit A.**  Notably, the Notice of Motion did <u>not</u> seek to dismiss or convert the case.

    Peeq Media LLC (the "Debtor") filed a response indicating it would like to convert the case to chapter 7.  Based upon the Debtor's consent, the Court determined to convert the case to chapter 7 and directed Landlord's counsel, Rocco Cavaliere, Esq., the Office of the United States Trustee and me to confer on the form of order.

    Mr. Cavaliere and I were unable to agree as to one substantive item.  I wished for the order to reflect the Debtor voluntarily sought conversion.  Mr. Cavaliere wished the order to reflect that the Court considered Bankruptcy Code Section 1112(b) and determined "cause" existed to convert the case.

I'm writing because today I learned that last week Mr. Cavaliere submitted his version of the proposed order, knowing we did not have an agreement as to language, and upon information and belief without advising your Honor that there was not a consensus on the language.  I was unaware that Mr. Cavaliere submitted the order.

Accordingly, today I uploaded a proposed counter order for your consideration.  A blackline demonstrating the changes I am proposing to Mr. Cavliere's version is attached as **Exhibit B.**

Respectfully submitted,

Dawn Kirby

DK/bal
Encls.