**HEARING DATE: MAY 22, 2019**
**HEARING TIME: 2:30 P.M.**

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Factory Lessor, LLC*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
In re:                                                             :
                                                                   :  Chapter 11
PEEQ MEDIA LLC,                                                    :
                                                                   :  Case No.: 19-41555 (cec)
                              Debtor.                              :
------------------------------------------------------------------- x

## NOTICE OF MOTION OF FACTORY LESSOR, LLC FOR AN ORDER (I) PURSUANT TO § 365(d)(3) OF THE BANKRUPTCY CODE COMPELLING THE DEBTOR TO PAY ALL OUTSTANDING POST-PETITION OBLIGATIONS AND (II) GRANTING ADDITIONAL AND RELATED RELIEF

TO:   THE HONORABLE CARLA E. CRAIG
      CHIEF UNITED STATES BANKRUPTCY JUDGE

**PLEASE TAKE NOTICE,** that upon the motion (the "Motion") dated April 15, 2019, Factory Lessor, LLC (the "Landlord") shall move before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, in her courtroom at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201, on **May 22, 2019 at 2:30 p.m..** or as soon thereafter as counsel may be heard, for an order (i) compelling the Debtor to pay Landlord all unpaid post-petition obligations due the Landlord pursuant to section 365(d)(3) of the Bankruptcy Code, and (ii) granting such other additional and related relief as this Court deems just and proper.

{Client/007989/55/01807374.DOC;1 }

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief requested in the Motion shall be (i) filed with the Clerk of the Bankruptcy Court on the Court's ECF system; and served upon (ii) Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, New York 10018, Attn: Rocco Cavaliere, Esq. and (iii) delivered to the chambers of the Honorable Carla E. Craig, United States Bankruptcy Judge, so that same are received on or before **5:00 p.m. on May 15, 2019**.

Dated: New York, New York
April 16, 2019

                                                **TARTER KRINSKY & DROGIN LLP**
                                                *Attorneys for Factory Lessor, LLC*

                                                By: s/ Rocco A. Cavaliere
                                                    Rocco A. Cavaliere
                                                    1350 Broadway, 11th Floor
                                                    New York, New York 10018
                                                    (212) 216-8000