UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
PEEQ MEDIA LLC,                                     :    Case No.: 19-41555 (CEC)
                                                    :
                              Debtor.               :
------------------------------------------------------------------ x
```

**ORDER GRANTING MOTION OF FACTORY LESSOR, LLC FOR AN ORDER  (I) PURSUANT TO § 365(d)(3) OF THE BANKRUPTCY CODE COMPELLING THE DEBTOR TO PAY ALL OUTSTANDING POST-PETITION OBLIGATIONS AND (II) GRANTING ADDITIONAL RELIEF, INCLUDING CONVERSION OF THE CHAPTER 11 <u>CASE TO CHAPTER 7 OF THE BANKRUPTCY CODE</u>**

Upon consideration of the Motion[1] of Factory Lessor, LLC (the "<u>Landlord</u>"), by its ~~undersigned~~ counsel, Tarter Krinsky & Drogin LLP, for an order (i) compelling the Debtor to pay Landlord all unpaid post-petition obligations due the Landlord pursuant to section 365(d)(3) of the Bankruptcy Code and (ii) granting additional relief under section 1112(b) of the Bankruptcy to the extent rent was not paid as of the date of the hearing on May 22, 2019 (the "<u>Hearing</u>"); and upon the Debtor's statement, through its counsel, Kirby Aisner & Curley LLP, in response to the Motion consenting to conversion; and it appearing that proper and adequate notice has been given by service of the Motion on the Debtor, the Office of the United States Trustee, and all known creditors; and that no other or further notice is necessary; and upon the record of the Hearing on May 22, 2019, and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED** that the Landlord shall have an allowed Chapter 11 administrative claim for

---

[1] Capitalized terms otherwise undefined herein shall have the meaning set forth in the Motion.

base rent and additional rent due under the Lease which accrued during the Chapter 11 case from the Petition Date through the date of conversion to Chapter 7 of the Bankruptcy Code; and it is further

~~**ORDERED** that pursuant to section 1112(b) of the Bankruptcy Code, cause exists to convert this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code; and it is further~~

**ORDERED** that the Debtor consented to conversion of the case pursuant to section 1112(a) of the Bankruptcy Code; and it is further

**ORDERED** that the Debtor and its counsel shall preserve and maintain all books and records relating to the Debtor, its assets, and the Chapter 11 case, and shall provide access of the books and records to the chapter 7 trustee appointed in this case; and it is further

**ORDERED** that Debtor's counsel shall hold in escrow in its Attorney IOLA trust account any retainer provided by the Debtor or a third party until further disposition or order of the Court; and it is further

**ORDERED** that pursuant to F.R. Bankr. Proc. 1019(f), within 14 days of the conversion of the case, the Debtor shall file a schedule of unpaid debts incurred after the petition date, and within 30 days of the conversion of the case, the Debtor shall file a final report.